UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA   )
                           )   No. 08 CR 50027
vs.                        )
                           )   Violations: Title 18, United States
ERNESTO A. MARTINEZ,       )   Code, Sections 924(c)(1)(A) and 1201(c)
    also known as "Nesto," )
LOUIS GUAJARDO, JR.,       )
    also known as "Papa Johns," and )
CHRISTOPHER E. TONEY,      )
    also known as "Villain," )

**FILED JUN 17 2008 MAGISTRATE JUDGE P. MICHAEL MAHONEY United States District Court**

## COUNT ONE

The FEBRUARY 2008 GRAND JURY charges:

1. Beginning at least as early as April 10, 2008 and continuing until April 11, 2008, in Winnebago County, in the Northern District of Illinois, Western Division,

ERNESTO A. MARTINEZ,
also known as "Nesto,"
LOUIS GUAJARDO, JR.,
also known as "Papa Johns," and
CHRISTOPHER E. TONEY,
also known as "Villain,"

defendants herein, did conspire with each other and with others, known and unknown to the Grand Jury, to knowingly and unlawfully seize, confine, kidnap, abduct, carry away, and hold for ransom or reward another person, hereinafter referred to as Victim A, and to use means, facilities, and instrumentalities of interstate commerce in committing and in furtherance of the offense.

In furtherance of the conspiracy, the defendants committed and caused to be committed one or more of the following overt acts, among others, in the Northern District of Illinois, to effect the object of the conspiracy:

(a) on or about April 10, 2008, the defendants met and discussed kidnaping a person in order to make money;

(b) on or about April 10 and April 11, 2008, the defendants communicated with each other using cellular telephones in order to commit and in furtherance of the kidnaping;

(c) on or about April 11, 2008, the defendants stole two vehicles to assist in the commission of the kidnaping;

(d) on or about April 11, 2008, the defendants abducted Victim A in the area of Wisconsin Avenue and Clifton Avenue in Rockford, Illinois;

(e) on or about April 11, 2008, the defendants beat Victim A and used duct tape to restrain him;

(f) on or about April 11, 2008, the defendants transported Victim A to a residence located at 124 Laclede Avenue in unincorporated Winnebago County, Illinois, where the defendants intended to hold him for ransom and to use the telephone to demand payment of the ransom; and

(g) on or about April 11, 2008, the defendants confined Victim A in the basement of 124 Laclede Avenue and repeatedly beat him;

All in violation of Title 18, United States Code, Section 1201(c).

## COUNT TWO

The FEBRUARY 2008 GRAND JURY further charges:

On or about April 11, 2008, in Winnebago County, in the Northern District of Illinois, Western Division,

>ERNESTO A. MARTINEZ,
>also known as "Nesto,"
>LOUIS GUAJARDO, JR.,
>also known as "Papa Johns," and
>CHRISTOPHER E. TONEY,
>also known as "Villain,"

defendants herein, during and in relation to a crime of violence, namely the offense described in Count One of this indictment, knowingly used and carried a firearm;

In violation of Title 18, United States Code, Section 924(c)(1)(A).


A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3

**FILED**

**JUN 17 2008**

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

No.: 08 CR 50027

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

ERNESTO A. MARTINEZ, et al

INDICTMENT

Violation(s): Title 18, United States Code, Sections 924(c)(1)(A) and 1201(c)

A true bill,

_____
Foreman

Filed in open court this _____ day of _____ A.D. 20___

_____
Clerk

Bail: $

