## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50027 - 1,2&3 | **DATE** | 06/17/2008 |
| **CASE TITLE** | USA vs. E. MARTINEZ, L. GUAJARDO & C. TONEY | | |

**DOCKET ENTRY TEXT:**

USA's petition for writ of habeas corpus ad prosequendum as to Ernesto Martinez, Louis Guajardo and Christopher Toney returnable before Judge Mahoney on June 19, 2008 at 10:00 am is granted.. The Clerk's Office is directed to issue the writ.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|