UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08CR50027 |
| vs. | ) | |
| | ) | Magistrate Judge P. Michael Mahoney |
| ERNESTO A. MARTINEZ, | ) | |
| also known as "Nesto," | ) | |
| LOUIS GUAJARDO, JR., | ) | |
| also known as "Papa Johns," and | ) | |
| CHRISTOPHER E. TONEY, | ) | |
| also known as "Villain" | ) | |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:         Ernesto A. Martinez, a/ka/ "Nesto"
Date of Birth: 11/27/1988
Sex:          Male
Race:         Hispanic

Name:         Louis Guajardo, Jr., a/k/a "Papa Johns"
Date of Birth: 11/13/1986
Sex:          Male
Race:         Hispanic

Name:         Christopher E. Toney, a/ka/ "Villain"
Date of Birth: 3/24/1990
Sex:          Male
Race:         Black

have been and now are, in due process of law, incarcerated in the following institution:

WINNEBAGO COUNTY JAIL,

and that said defendants are charged in the above-captioned case with violations of Title 18, United States Code, Sections 1201(c) and 924(c)(1)(A), and that said defendants should appear in this case

1

in the United States District Court at Rockford, Illinois on Thursday, June 19, 2008, at 10:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| Kim R. Widup<br>United States Marshal<br>Northern District of Illinois<br>211 S. Court Street<br>Rockford, Illinois 61101 | Richard Meyers, Sheriff<br>Winnebago County Jail<br>65 West State Street<br>Rockford, Illinois 61102 |

bring or cause to be brought before this Court, at said time on said date, in the Federal Courthouse in Rockford, Illinois, the body of the said defendants; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER

P. MICHAEL MAHONEY
United States District Court Judge

DATED at Rockford, Illinois
this 17th day of June, 2008

2