## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50027 - 2 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. LOUIS GUJARDO, JR. | | |

**DOCKET ENTRY TEXT:**

Arraignment/Initial Appearance proceedings held. Defendant appears in response to arrest. David Brown appointed as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by and financial affidavit due by June 26, 2008.  Defendant's oral motion for time to August 4, 2008  to file pretrial motions is granted.  USA's oral motion for the time of June 19, 2008 to and including August 4, 2008  to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for August 4, 2008 at 11:00 am.  USA moves for detention.  Detention hearing set for June 25, 2008 at 11:30 am.  Enter order of temporary detention.  Enter protective order.

■ [ For further detail see separate order(s).]              Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|