## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50027 - 2 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. LOUIS GUJARDO, JR. | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Enter order of detention pending trial.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|